# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

5-07-mj-70293-HRL

January 22, 2008

FILED
JAN 2 8 2008

Clerk, U.S. District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

Re:   08mj0002-CAB, USA v. Rafael Mendoza

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | ___ | Order of Removal |
| ___ | Minute Order Appointing Counsel | ___ | Detention Order |
| ___ | Corporate Surety Bond | ___ | Waiver of Removal |
| ___ | Personal Surety Bond | | |
| ___ | Other _____ | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____s/J. Hinkle_____
Deputy Clerk

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:08-mj-00002-CAB All Defendants
### Internal Use Only

Case title: USA v. Mendoza

Date Filed: 01/02/2008
Date Terminated: 01/17/2008

Assigned to: Magistrate Judge Cathy Ann Bencivengo

**Defendant**

**Rafael Mendoza** (1)
*TERMINATED: 01/17/2008*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 01/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Bridget Kennedy**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
(619)234-8467
Fax: (619)687-2666
Email: bridget_kennedy@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

I hereby attest and certify on 01/22/08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

8:1326 - Deported Alien Found in the United States

## Disposition

## Plaintiff

USA                                                         represented by **U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/31/2007 |  | Arrest of Rafael Mendoza on 12/31/07 (jmp) (Entered: 01/04/2008) |
| 01/02/2008 | 1 | OUT OF DISTRICT COMPLAINT as to Rafael Mendoza (1). (knh) (Entered: 01/02/2008) |
| 01/03/2008 | 2 | Minute Entry for proceedings held before Judge Cathy Ann Bencivengo :Initial Appearance on complaint as to Rafael Mendoza held on 1/3/2008, Federal Defenders appointed for Rafael Mendoza. Bond set as to Rafael Mendoza (1) No Bail, Oral Motion to detain by Gov't(flight). Detention Hearing set for 1/17/2008 09:30 AM in Courtroom E before Magistrate Judge Cathy Ann Bencivengo. Removal/ID Hearing set for 1/17/2008 09:30 AM in Courtroom E before Magistrate Judge Cathy Ann Bencivengo. (Tape #CAB08-10:28-10:35).(Plaintiff Attorney Fred Sheppard AUSA).(Defendant Attorney Norma Aguilar FD S/A). (jmp) (Entered: 01/04/2008) |
| 01/03/2008 | 3 | ORAL MOTION to Detain by USA as to Rafael Mendoza. (jmp) (Entered: 01/04/2008) |

| 01/08/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE: Bridget Kennedy appearing for Rafael Mendoza (Kennedy, Bridget) (jcj). (Entered: 01/08/2008) |
|---|---|---|
| 01/17/2008 | 5 | Minute Entry for proceedings held before Judge Cathy Ann Bencivengo : Removal/Identity Hearing held. Government calls DHS agent, Christopher Albert Salgado called/sworn/testified. Court finds Dft to be Rafael Mendoza. Court orders Dft to be removed to Northern District of California; Warrant of Removal issued to USM; Dft to be transported forthwith. Court orders Dft detained pending removal due to no bail bench warrant issued from Northern District of California. Detention Hearing not held; Govt's ORAL MOTION to Detain [3-1] - Moot. (Tape #CAB08-9:58-10:23.)(Plaintiff Attorney Fred Sheppard, AUSA). (Defendant Attorney Bridget Kennedy, FD). (jjh) (Entered: 01/22/2008) |
| 01/17/2008 | 6 | WARRANT of Removal to Northern District of California Issued as to Rafael Mendoza. (Attachments: # 1 Letter of Removal)(Letter Sent)(jjh) (Entered: 01/22/2008) |

Warrant of Removal (After Hearing)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. **08MJ0002** |
| v. | |
| RAFAEL MENDOZA | **WARRANT OF REMOVAL** (After Hearing) |

To: United States Marshal

A complaint having been filed in the Northern District of California, charging defendant **RAFAEL MENDOZA**, with deported alien found in the United States, in violation of Title 8, United States Code, Section 1326, and the above-named defendant having been arrested in this district and, after a hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Northern District of California and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

I hereby attest and certify on  01/22/08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy

Dated at San Diego, California, this 17th day of Jan, 2008.

HON. CATHY A. BENCIVENGO
United States Magistrate Judge

### RETURN

Northern District of California (at San Jose)         ss

Received the within warrant of removal the _____ day of _____, 2008, and executed same.

RECEIVED 2008 JAN 17 P 2:35 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

_____
U. S. Marshal

By _____
Deputy Marshal

FAS/tlp/January 4, 2008/Rev. 12/02

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN -2 AM 8:44

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **08 MJ 0002**

The person charged as __Rafael Mendoza__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Northern__ District of __California__ with __Deported Alien Found in the United States__, in violation of __Title 8, United States Code, 1326__

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 12/31/07

Christopher Salgado
(Name)

Reviewed and Approved:

Dated: 12/31/07

Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

RAFAEL MENDOZA

WARRANT FOR ARREST

**07  70293  HRL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **RAFAEL MENDOZA**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

() Indictment  () Information  (x) Complaint
() Order of Court  () Violation Notice  () Probation Violation Petition

charging him or her with

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

| Howard R. Lloyd | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | May 18, 2007, San Jose, CA |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __No Bail__    by    __Howard R. Lloyd__
                                    Name of Judicial Officer

RECEIVED MAY 18 P5:57 U.S. MARSHAL

**RETURN**

ORIGINAL WARRANT HELD BY U.S. MARSHALS, SAN JOSE
NOTIFY ABOVE OFFICE UPON ARREST
DO NOT MAKE RETURN ON THIS COPY

This warrant was received and executed with the arrest of the above-named defendant at

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

__NORTHERN__ DISTRICT OF __CALIFORNIA__

FILED

UNITED STATES OF AMERICA

2007 MAY 18 A 10

V.

CRIMINAL COMPLAINT

RICHARD W. WIEKI
CLERK
U.S. DISTRICT COU
NO. DIST. OF CA. S

Mendoza, Rafael
(Name and Address of Defendant)

CASE NUMBER: 07 70293 HRL

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __March 29, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

5/18/07
Date

at San Jose, California
City and State

Howard R. Lloyd
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

RE: MENDOZA, Rafael A92 990 518

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1) Mr. MENDOZA is a 50-year-old male who has used fifteen (15) aliases and four (4) dates of birth in the past.

(2) Mr. MENDOZA has been assigned one (1) Alien Registration number of A92 990 518, FBI number of 676178X8, California Criminal Information Index number of A07208783, and Santa Clara Department of Correction number CUJ891.

(3) Mr. MENDOZA is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| DATE | PLACE OF DEPORTATION |
|---|---|
| September 13, 2000 | Calexico, CA |

(4) Mr. MENDOZA last entered the United States at or near San Luis, AZ on or after September 13, 2000, by crossing the international border without inspection subsequent to deportation.

(5) Mr. MENDOZA on a date unknown, but no later than March 29, 2007, in Santa Clara County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportation, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On April 11, 2007, Mr. MENDOZA was interviewed by Immigration Enforcement Agent (IEA) Erin Diep at the Santa Clara County Jail Elmwood, Milpitas, CA, and during that interview, Mr. MENDOZA was advised of his **Miranda** rights in Spanish. Mr. MENDOZA waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

RE: MENDOZA, Rafael A92 990 518

(6) Mr. MENDOZA was, on June 25, 1990, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of BURGLARY: SECOND DEGREE, a felony, in violation of Section 460.2 of the California Penal Code, and was sentenced to twenty-six (26) days in jail.

(7) Mr. MENDOZA was, on July 1, 1991, convicted in the State of Washington, County of Yakima, for the offense of POSSESSION OF HEROIN OR SCHEDULE 1 OR 2 NON-NARCOTIC, a class C felony, in violation of Section 69.50.401(d), and was sentenced to seventeen (17) days in jail.

(8) Mr. MENDOZA was, on February 10, 1992, convicted in the Superior Court of California, in and for the County of Los Angeles, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to one hundred twenty (120) days in jail.

(9) Mr. MENDOZA was, on March 31, 1992, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of POSSESSION NARCOTIC CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to seventy-five (75) days in jail.

(10) Mr. MENDOZA was, on April 3, 1996, convicted in the Superior Court of California, in and for the County of Santa Clara, for the offense of ASSAULT UPON PEACE OFFICER WITH DEADLY WEAPON, a felony, in violation of Section 245(C) of the California Penal Code, and was sentenced to three (3) years in prison.

(11) On the basis of the above information, there is probable cause to believe that Mr. MENDOZA illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this ___ day of _____, 2007

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE